People v Fuller (2025 NY Slip Op 07238)

People v Fuller

2025 NY Slip Op 07238

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025

PRESENT: CURRAN, J.P., MONTOUR, SMITH, OGDEN, AND NOWAK, JJ. (Filed Dec. 23, 2025.) 

MOTION NO. (1544/08) KA 06-02974.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
STACEY FULLER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion for writ of error coram nobis denied.